UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MAYNOR AND IRMA GARCIA** | § | |
| | § | |
| **VS.** | § | **C.A. NO. 4:16-cv-02895** |
| | § | **(JURY REQUESTED)** |
| **STATE FARM LLOYDS** | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE U.S. DISTRICT JUDGE:

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), **MAYNOR GARCIA AND IRMA GARCIA** ("Plaintiffs") stipulate to the dismissal of this action against **STATE FARM LLOYDS** ("Defendant"), in its entirety, with prejudice, costs taxed as paid. A proposed Order of Dismissal is attached for the Court's consideration.

Respectfully submitted,

**THE VOSS LAW FIRM, P.C.**

By: */s/ Scott G. Hunziker (w/permission)*
**SCOTT G. HUNZIKER**
State Bar No. 24032446
Federal I.D. No. 38752
26619 Interstate 45 South
The Woodlands, Texas 77380
(713) 861-0015 - Telephone
(713) 861-0021 - Facsimile
scott@vosslawfirm.com

**ATTORNEY FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been duly sent via CM/ECF on October 24, 2017 to all counsel of record.

                                */s/ Scott G. Hunziker (w/permission)*
                                **SCOTT G. HUNZIKER**